UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------------X

FELIPE FERNANDEZ on behalf of himself and all others similarly situated,

Plaintiff(s),

-against-

TRE MONELLI, LLC,

Defendant.

----------------------------------------------------------------------X

Case No. 25-cv-05513-JHR-HJR

**NOTICE OF SETTLEMENT**

Please take notice that the parties have a settlement in principle the above-referenced case. This settlement is contingent upon the execution of a written settlement agreement. The case will be dismissed by Plaintiff upon the completion of specified conditions, in no more than 60 days from the date of this notice. Please vacate all currently scheduled dates in this matter.

Dated: August 29, 2025
New York, New York

**HELBRAUN & LEVEY LLP**

By: ____________________

Tyler H. Morris, Esq. (TM0999)
40 Fulton Street, 28th Floor
New York, New York 10038
(212) 219-1193
tyler.morris@helbraunlevey.com
*Counsel for Defendant TRE MONELLI, LLC*